**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SHAWN RAINER**                                                      **PETITIONER**
ADC #114199

**v.**                         **CASE NO. 4:26-CV-00537-BSM**

**DEXTER PAYNE**                                                      **RESPONDENT**

## ORDER

Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 3] is adopted and Shawn Rainer's petition is dismissed without prejudice and a certificate of appealability is denied.

IT IS SO ORDERED this 22nd day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE