**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SHAWN RAINER**                                                                        **PETITIONER**
ADC #114199

**v.**                                   **CASE NO. 4:26-CV-00537-BSM**

**DEXTER PAYNE**                                                                       **RESPONDENT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of June, 2026.

UNITED STATES DISTRICT JUDGE